**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 18-1491-DOC (JDEx)                    Date:  September 24, 2018

Title: DARRELL HALLETT V. ST LIBERTY, LLC ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING AS UNOPPOSED DEFENDANTS' MOTION TO DISMISS [12]**

On August 29, 2018, Defendants St Liberty, LLC, Alan Swimmer, and G. Robert Toney filed a Motion to Dismiss Case ("Motion") (Dkt. 12), and noticed the hearing on the Motion for October 1, 2018. Plaintiff Darrell Hallett's ("Plaintiff") opposition was due on or before September 10, 2018. *See* L.R. 7-9. No opposition has been filed. Accordingly, pursuant to Local Rule 7-12, the Court GRANTS AS UNOPPOSED Defendant's Motion to Dismiss. The Court DISMISSES WITHOUT PREJUDICE Plaintiff's Complaint in its entirety.

If Plaintiff so chooses, Plaintiff may file an amended complaint on or before **October 9, 2018**. Plaintiff is hereby warned that another failure to oppose any future motions to dismiss will result in dismissal of Plaintiff's claims **with prejudice**. Moreover, Plaintiff is admonished to follow all the Local Rules and to timely prosecute this case.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                      Initials of Deputy Clerk: djl