1  DARRELL HALLETT
   1024 Bayside Drive, #114
2  Newport Beach, CA 92660
   (949)933-1132
3
   In Pro Per
4

FILED

2018 OCT -9 PM 1:16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

5                UNITED STATES DISTRICT COURT
6
7                CENTRAL DISTRICT OF CALIFORNIA
8

| | | |
|---|---|---|
| 9  DARRELL HALLETT | ) | Case No.  8:18-cv-01491-DOC-JDEx |
| 10        Plaintiff, | ) | |
| 11     vs. | ) | **AMENDED COMPLAINT FOR DAMAGES** |
| 12 | ) | **UNLIMITED** |
| 13  ST LIBERTY, LLC; and G. ROBERT TONEY; and | ) | **JURY TRIAL DEMANDED** |
| 14  ALAN SWIMMER, | ) | **(1) FRAUDULENT MISREPRESENTATION** |
| 15        Defendants. | ) | **(2) BREACH OF CONTRACT** |
| 16 | ) | **(3) SPECIFIC PERFORMANCE (4) BREACH OF GOOD FAITH AND FAIR DEALING** |
| 17 | | **(5) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |

18
19  Plaintiff DARRELL HALLETT complains and alleges against Defendants as follows:
20
21                        **PARTIES**
22     1)  Plaintiff Darrell Hallett, is an individual, at all relevant times residing in Orange
23         County, California.
24     2)  Defendant St Liberty, LLC is a lending institution organized and existing under the
25         laws of the State of Florida, with its principle place of business in Ft. Lauderdale,
26         Florida.
27     3)  Defendant G. Robert Toney, is an individual, at all relevant times residing in Ft.
28         Lauderdale, Florida.

-1-

4) Defendant Alan Swimmer, is an individual, at all relevant times residing in Ft. Lauderdale, Florida.

5) Plaintiff is informed and believes, and thereon alleges, that each of the Defendants has conducted business in California. Plaintiff is further informed and believes that each of the Defendants herein gave consent to, ratified and authorized the acts alleged herein to each of the remaining Defendants. At all times herein mentioned, each of the Defendants hereinabove was the agent, servant, employee, partner, alter-ego, aider and abettor, co-conspirator, and/or joint venturer of each of the remaining Defendants named herein, and were at all times operating and acting within the purpose and scope of said agency, service, employment, partnership, conspiracy and/or joint venture, and each Defendant has ratified and approved the acts of each of the remaining Defendants.

## JURISDICTION AND VENUE

6) Jurisdiction and Venue are proper in this Court because the amount at issue exceeds this Court's jurisdictional minimum. The County of Orange is where the personal property is located, where the transaction took place, and where the Defendants' misconduct took place. Defendants transact business in The County of Orange, and are within the jurisdiction of this court for purposes of service of process. The original complaint was removed from the Superior Court, Central Justice Center, to the United Stated District Court, Central District of California, due to a related case, number 8:18-cv-00096-DOC-JDEx.

## FACTUAL BACKROUND

7) On July 25, 2016, Plaintiff took a loan with private lender St Liberty, LLC, G. Robert Toney and Alan Swimmer, and provided his boat, a 2008 Fountain Express Cruiser named "Brinley Greyson", Official No. 1229074, as collateral. Under the terms of the loan, Defendants agreed to loan Plaintiff $78,000 (Seventy Eight Thousand Dollars) at a fixed annual interest rate of 19.84% with monthly payments of $1,980.26 for 60 months.

8) Under the "Prepayment" terms of the loan Plaintiff was "allowed to prepay the loan in whole or in part at anytime".

-2-

AMENDED COMPLAINT FOR DAMAGES

9) On July 16, 2016, the boat was surveyed as "Bristol" (Excellent) condition for this loan. This model boat, with all the amenities and accessories, is no longer manufactured, extremely rare, and considered a collectors item. The cost of the boat new was $569,000 (replacement value), and there are none similar for sale.

10) Plaintiff's boat, with two bedrooms, galley, head, livingroom, etc., named after his two children, Brinley and Greyson, now ages 6 and 8, was their full-time home, and Defendants were aware of this fact from the start. Plaintiff's lease with the Marina stated it was a live-aboard (home), and was provided to the Defendant's as a condition of the loan.

11) During the course of the loan, if Plaintiff was one day late on making a payment, in "bad faith" Defendant's attempted to repossess the boat at every opportunity, with the intent to recover inflated repossession and legal fees.

12) Plaintiff reluctantly paid Defendants over $6,000 in these inflated repossession and legal fees, above and beyond his monthly payments.

13) Plaintiff communicated with Defendants routinely to be sure the loan was current, however, Defendants were relentless about trying to repossess the boat from the start when the loan was first funded. Defendants, without notifying Plaintiff, filed a "Sheriff's Arrest" on the boat, in an attempt to collect even more money from Plaintiff in inflated repossession, and legal fees.

14) Plaintiff finally had enough of Defendants' "bad business practices", and on March 27, 2018, notified Defendants that he was refinancing the loan with "Essex Credit" in his name personally, at 5.47% interest, which was significantly lower than the current rate of 19.84% (loan shark rates). Plaintiff's new monthly loan payment would only be $570.00 verse the $1,980.26 he currently pays Defendants.

15) To fund the loan, Essex Credit requested a billing statement to verify the loan holder and balance owed, however, Defendants refused to provide this information, and demanded Plaintiff surrender the vessel to them for repossession instead.

16) On March 27, 2018 Plaintiff informed Defendant's that the loan agreement stated Plaintiff was "allowed to prepay the loan in whole or in part at anytime" and made a formal demand to Defendant's that they provide a pay-off statement per Essex Credit's request, or Plaintiff would take legal action against Defendants.

17) Subsequently, on April 5, 2018, Defendants requested Essex Credit's contact information from Plaintiff, and sent them the Payoff amount, and wiring instruction directly, for the funding.

18) Defendants provided a Payoff amount through April 23, 2018 of $82,403.18, which was $5,329.50 higher than the actual Payoff owed because of more unnecessary, inflated repossession and legal fees.

19) On April 5, 2018, Defendants stated, "If the loan pays off in full, we will move the court to release the arrest order. We will also issue a satisfaction of mortgage. Please provide a copy of approval letter and indicate timing of survey".

20) The boat survey was scheduled for April 21, 2018 at 10:00 a.m. The surveyor stated he would have the updated survey completed the very same day since he was the same surveyor that previously surveyed the boat for St Liberty, LLC at the time of the original loan.

21) When the surveyor arrived on April 21, 2018, so did the Orange County Sheriff's Department who denied him access, and seized the vessel at Defendant's request. Plaintiff immediately contacted Defendants and stated "I don't know why you did that. You were being funded this week" as agreed. Defendants replied "Please direct all correspondence to out attorney, Marc Cefalu. I believe you've already been provided his contact information. Have a nice day!".

22) Plaintiff also emailed Defendants to confirm that the bank was ready to fund the loan, needed the updated survey, and requested that the surveyor have access to the boat after it was repossessed, while it was in their possession (Defendants were assigned custody of the boat from the Sheriff). Defendants did not respond.

23) As a direct result of Defendant's actions in repossessing the boat prior to the agreed pay-off date of April 23, 2018, Plaintiff was forced to sleep in his car for three weeks before he found another home for him and his children to live.

24) Plaintiff and his children have suffered chronic nightmares and sleepless nights as a result of their home being taken away by Defendants in such an abrupt and malicious manner.

---

25) As allowed under Federal law, Plaintiff wanted to proceed with the refinance before the boat went to auction. Again, Plaintiff informed the Defendant's of his intentions, and Defendant's finally agreed to let the surveyor inspect it while in their custody.

26) On June 25, 2018, Plaintiff requested the updated payoff. Defendant's provided a payoff of $111,445.58, which was $29,042.40 higher than the previous payoff only two months prior. Once again, Plaintiff was being bullied by the Defendant's into paying inflated repossession and legal fees, including a 19.84% interest rate for the past few months.

27) In addition to Defendants providing "high-interest" loans for boats, RV's, and airplanes, Defendants sell the repossessed property through their online auction company called "National Liquidators.com". Defendants are cognizant of the payor's inability to pay these "high-interest" loans. Defendants clearly run a business that is fraudulent, in providing high-interest loans that the payor cannot afford or lack of "ability-to-pay", and repossessing the property upon imminent default by the payor, so they can make additional money auctioning off the property, and collect inflated repossession and legal fees.

28) On June 29, 2018, Plaintiff informed Defendants he would take legal action for breach of contract. Defendants responded "Good Luck!"

29) Plaintiff has made every attempt to negotiate a reasonable settlement with the Defendants so he can get his boat/home back, however Defendants refuse to cooperate.

30) Although Defendant's have legal representation, on August 20, 2018 Plaintiff received a malicious text message from Defendants stating "Looks like your going to have to lawyer up buddy. In both cases!" (Referring to Plaintiff's lawsuit against Defendants and Defendants' lawsuit against Plaintiff).

## FIRST CAUSE OF ACTION

### (Fraudulent Misrepresentation)

31) Plaintiff repeats and re-alleges each and every allegation contained in this complaint and incorporates the same herein by this reference as though set forth herein.

AMENDED COMPLAINT FOR DAMAGES

32) At the time St Liberty, LLC, G. Robert Toney, and Alan Swimmer made the above representations to Plaintiff regarding the pre-payment terms of the loan, and the refinancing of the boat, they intentionally, knowingly and fraudulently misrepresented and concealed the true facts from Plaintiff. These facts include their plans to repossess the boat and charge inflated repossession and legal fees.

33) Plaintiff reasonably relied upon the representations of St Liberty, G. Robert Toney, and Alan Swimmer, to his detriment, in that based on the representations and concealment, Plaintiff entered into a written Agreement with Defendants on July 25, 2016 to take a loan on the boat, and again on March 27, 2018 to refinance the boat. Had Plaintiff known the true facts, Plaintiff would never have entered into the Agreements with St Liberty, LLC, G. Robert Toney, and Alan Swimmer.

34) As a direct, foreseeable and proximate result of St Liberty, LLC, G. Robert Toney, and Alan Swimmer's intentional, knowingly and fraudulent misrepresentations and concealments the facts, Plaintiff has suffered damages in an amount proved at trial, but not less than $569,000 plus interest.

35) In committing the alleged acts, St Liberty, LLC, G. Robert Toney, and Alan Swimmer, acted knowingly, willfully and with oppression, fraud and malice. Plaintiff is therefore entitled to receive punitive damages in such amount as shall be determined at trial.

## SECOND CAUSE OF ACTION

### (Breach of Contract)

36) Plaintiff repeats and re-alleges each and every allegation contained in this complaint and incorporates the same herein by this reference as though set forth herein.

37) The Agreements were valid written contracts between Plaintiff and St Liberty, LLC, G. Robert Toney, and Alan Swimmer dated July 25, 2016 and March 27, 2018. The Agreements stated that Plaintiff could "pre-pay" the loan, and would have until April 23, 2018 to pay off the loan. However, St Liberty, LLC, G. Robert Toney, and Alan Swimmer unilaterally repossessed the boat on April 21, 2018, without warning the Plaintiff, in breach of both Agreements.

-6-

38) Plaintiff has fulfilled all obligations and complied with all conditions under the Agreements dated July 25, 2016 and March 27, 2018.

39) St Liberty, LLC, G. Robert Toney, and Alan Swimmer breached both Agreements by their unjustified and unexcused failure to perform their obligations as alleged above in the Agreements dated July 25, 2016 and March 27, 2018, by unilaterally repossessing the boat on April 21, 2018 without allowing the Plaintiff to pre-pay the loan and without warning the Plaintiff.

40) St Liberty, LLC, G. Robert Toney, and Alan Swimmer's wrongful interference with the Agreements, has caused Plaintiff to suffer damages in an amount to be proved at trial, but not less than $569,000 plus interest.

41) In committing the alleged acts St Liberty, LLC, G. Robert Toney, and Alan Swimmer acted knowingly, willfully and with oppression, fraud and malice. Plaintiff is therefore entitled to receive punitive damages in such amount as shall be determined at trial.

### THIRD CAUSE OF ACTION

(Breach of Good Faith and Fair Dealing)

42) Plaintiff repeats and re-alleges each and every allegation contained in this complaint and incorporates the same herein by this reference as though set forth herein.

43) Plaintiff and St Liberty, LLC, G. Robert Toney, and Alan Swimmer entered into written Agreements dated July 25, 2016 and March 27, 2018.

44) St Liberty, LLC, G. Robert Toney, and Alan Swimmer breached these agreements.

45) The foregoing conduct, as alleged of St Liberty, LLC G. Robert Toney, and Alan Swimmer violates the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 et seq. Section 17200 of the Cal. Bus. & Prof. Code prohibits unfair competition by prohibiting, inter alia, any unlawful or unfair business acts or practices.

46) Throughout the course of Plaintiff's current loan on the boat, St Liberty, LLC, G. Robert Toney, and Alan Swimmer committed acts of unfair competition, as defined by the UCL, by, among other things, engaging in the acts and practices described herein, including but not limited to fraud, and breach of contract, and intentional

---

7

AMENDED COMPLAINT FOR DAMAGES

infliction of emotional distress, and therefore was substantially injurious to the Plaintiff.

47) St Liberty, LLC, G. Robert Toney, and Alan Swimmer's course of conduct, acts, and practices in violation of the California laws mentioned in the above paragraph constitute a separate and independent violation of the UCL. St Liberty, LLC, G. Robert Toney, and Alan Swimmer's conduct described herein violates the policy or spirit of such laws or otherwise significantly threatens or harms competition.

48) As a direct, foreseeable and proximate result of St Liberty, LLC, G. Robert Toney, and Alan Swimmer's fraud, breach of contract, intentional infliction of emotional distress, and failure to act in good faith, Plaintiff has lost his home, his boat, and the use of his them for the past six months.

49) St Liberty, LLC, G. Robert Toney, and Alan Swimmer's breach of duty of good faith and fair dealing has caused Plaintiff to suffer damages in an amount proved at trial, but not less than $569,000 plus interest.

50) In committing the alleged acts, St Liberty, LLC, G. Robert Toney, and Alan Swimmer acted knowingly, willfully and with oppression, fraud and malice. Plaintiff is therefore entitled to receive punitive damages in such amount as shall be determined at trial.

## FOURTH CAUSE OF ACTION

### (Specific Performance)

51) Plaintiff repeats and re-alleges each and every allegation contained in this complaint and incorporates the same herein by this reference as though set forth herein.

52) The CA Civil Code Section 3384, regarding specific performance, states the "specific obligation of an obligation may be compelled".

53) Plaintiff and Defendant's made a specifically enforceable, just and reasonable contracts with adequate consideration under the Agreements dated July 25, 2016 and March 27, 2018.

54) Defendants breached both these Agreements.

55) Plaintiff has fulfilled all obligations and complied with all conditions under the Agreements.

8

AMENDED COMPLAINT FOR DAMAGES

56) Plaintiff has acted in good faith.

57) Plaintiff has the right to recover the boat that has been repossessed for Breach of Contract by pre-paying the loan off with another lender as stated in the Agreements.

58) There is an inadequate legal remedy since the boat is unique and a collector's item, not readily available in the open market, and therefore is subject to an equitable remedy of specific performance (*Flood v. Templeton* (1905) 148 C. 374, 378, 83 P. 148; *Morrison v. Land* (1915) 169 C. 580, 586, 147 P. 259; *Sheppard v. Banner Food Products* (1947) 78 C.A.2d 808, 813, 178 P.2d 455; 11 Summary (9th), Equity, §21; infra, §§760, 761.)

## FIFTH CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress)

59) Plaintiff repeats and re-alleges each and every allegation contained in this complaint and incorporates the same herein by this reference as though set forth herein.

60) The conduct of St Liberty, LLC, G. Robert Toney, and Alan Swimmer, as set forth above was so extreme and outrageous that it exceeded the boundaries of human morality and ethics, and was beyond pale of conduct tolerated in a civilized society. This conduct was intended to cause severe emotional distress to Plaintiff and his children, without compunction, and was done in reckless disregard of the probability of causing severe emotional distress.

61) As an actual and proximate result of St Liberty, LLC, G. Robert Toney, and Alan Swimmer's wrongful conduct, Plaintiff and his children have suffered severe and continuous, emotional distress, and physical and mental pain and anguish, all to his damage in an amount according to proof at the time of trial, but not less than $1,000,000 plus interest.

62) St Liberty, LLC, G. Robert Toney, and Alan Swimmer committed the acts alleged herein maliciously, fraudulently, and oppressively, with the wrongful intention of injuring Plaintiff, and acted with an improper and evil motive amounting to malice and in conscious disregard of Plaintiff's rights.

63) Because the acts taken toward Plaintiff were carried out by St. Liberty, LLC, G. Robert Toney, and Alan Swimmer acting in a deliberate, cold, callous, and

AMENDED COMPLAINT FOR DAMAGES

intentional manner in order to injure and damage Plaintiff and his children, Plaintiff is entitled to recover punitive damages from St Liberty, G. Robert Toney, and Alan Swimmer in an amount according to proof.

## **PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1) Specific performance of the contracts dated July 25, 2016 and March 27, 2018; and/or

2) For compensatory damages, including but not limited to $569,000 for the replacement value of the boat; and

3) Damages for emotional distress, pain and suffering, according to proof allowed by law, but not less that $1,000,000; and

4) For punitive and exemplary damages allowed by law; and

5) For an award to Plaintiff of costs of suit incurred herein and reasonable attorneys' fees; and

6) For an award of pre-judgment and post-judgment interest; and

7) For an award to Plaintiff of such other and further legal and equitable relief as the Court deems just and proper.

Dated: October 9, 2018                    Respectfully Submitted,

                                          By: _____
                                               DARRELL HALLETT

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests trial by jury.

Dated: October 9, 2018                    Respectfully Submitted,

                                          By: _____
                                               DARRRELL HALLETT

-10-

AMENDED COMPLAINT FOR DAMAGES

1
2   _DARRELL HALLETT_ (Full Name)

3   _1024 BAYSIDE DR #114_ (Address Line 1)

4   _Newport Beach, CA 92660_ (Address Line 2)

    _____ (Phone Number)

5
6   _PLAINTIFF_ in Pro Per
    (indicate Plaintiff or Defendant)

7

8                  **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11
12   _DARRELL HALLETT_,        )   Case No.: _8:18-CV-01491-DOC-_
                               )                   _JDEX_
13          Plaintiff,         )
                               )   **PROOF OF SERVICE BY MAIL**
14          vs.                )
                               )
15   _ST LIBERTY, LLC; and_    )
16   _G. ROBERT TONEY; and_    )
17   _ALAN SWIMMER_            )
                               )
18   _____  )
                               )
19   _____, )
                               )
20          Defendant(s).      )
                               )
21   _____  )

22
23   I, _JEFFREY HIGH_, declare as follows:
               (name of person serving documents)

24   My address is _3110 Newport Blvd.,_____
25   _Newport Beach, CA 92660_____, which is located in the
26   county where the mailing described below took place.

27

28

                                1
    Pro Se Clinic Form              Proof of Service

1   On _10/9/18_____, I served the document(s) described as:
      (date of mailing)

2

3   *AMENDED COMPLAINT FOR DAMAGES*
         (list the names of the documents you are mailing)

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  on all interested parties in this action by placing a true and correct copy thereof in

13  a sealed envelope, with first-class postage prepaid thereon, and deposited said

14  envelope in the United States mail at or in _Newport Beach, CA_,
                                                  (city and state of mailing)

15  addressed to:

16  _MARC T. CEFALU_ (name)              _____ (name)

17  _Cox Wootton Lerner_ (address)        _____ (address)

18  _900 Front St, Suite 35_ (address)    _____ (address)

19  _San Francisco, CA 94111_ (address)   _____ (address)

20      I declare under penalty of perjury that the foregoing is true and correct.

21

22  Executed on _10/9/18_____ at _Newport Beach, CA_.
                 (date)              (city and state of signing)

23

24  _____
    (sign)

25  _Jeffrey Heath_
    (print name)

26

27

28

Pro Se Clinic Form

2
Proof of Service