**COX, WOOTTON, LERNER GRIFFIN & HANSEN, LLP**
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
ST LIBERTY, LLC; G. ROBERT TONEY;
and ALAN SWIMMER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HALLETT<br><br>Plaintiff,<br><br>v.<br><br>ST LIBERTY, LLC; and G. ROBERT TONEY; and ALAN SWIMMER<br><br>Defendants. | Case No.: 8:18-cv-01491-DOC-JDEx<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br>**[F.R.C.P. 12(b)(6); 12(b)(7)]**<br><br>Date: November, 26, 2018<br>Time: 8:30 a.m.<br>Place: Courtroom 9D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORDS:**

**PLEASE TAKE NOTICE THAT ON** November 26, 2018 at 8:30 a.m., or as soon thereafter at the Court's convenience, in Courtroom 9D, before the Honorable David O. Carter located at the United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701, 9th Floor, Defendants ST LIBERTY, LLC; G. ROBERT TONEY; and, ALAN SWIMMER (collectively "Defendants") will and hereby do move to dismiss Plaintiff's Amended Complaint ("Amended Complaint") pursuant to F.R.C.P. 12(b)(6) and 12(b)(7).

Defendants move to dismiss Plaintiff's Complaint pursuant to F.R.C.P. 12(b)(7) for failure to join an indespensible (and real party in interest) party in this action. Defendants further move to dismiss each and every cause of

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

STL.Hallett / 4641

-1- Case No. 8:18-cv-01491-DOC-JDEx
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

1 action of Plaintiff's Complaint for failure to state a claim upon which relief
2 may be granted pursuant to F.R.C.P. 12(b)(6).
3     This Motion will be based upon this Notice of Motion and Motion, the
4 Memorandum of Points and Authorities filed herewith, Reqeust for Judicial
5 Notice filed herwith and the pleadings and papers on file herein.

7 Dated: October 25, 2018

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
Attorneys for Defendants
ST LIBERTY, LLC, G. Robert Toney, and Alan Swimmer

By: /S/ Marc T. Cefalu
     Marc T. Cefalu

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

STL.Hallett / 4641

**PROOF OF SERVICE**
(California Code of Civil Procedure §1013)

Case: *Hallett v. St Liberty, LLC, et al.*

Case No.: U.S. District Court, Central Case No. 8:18-cv-01491-DOC-JDEx

I am employed in the City and County of San Francisco by the law firm of Cox, Wootton, Lerner, Griffin & Hansen, LLP, 900 Front Street, Suite 350, San Francisco, California 94111. I am over the age of 18 years and not a party to the within action.

On October 25, 2018, I served the attached document(s):

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS;**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS;**
- **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS; and**
- **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile transmission), addressed as shown below, for service as designated below:

(**A**) By First Class Mail: I am readily familiar with the practice of Cox, Wootton, Lerner, Griffin & Hansen, LLP, for the collection and processing of correspondence for mailing with the U.S. Postal Service, and that correspondence would be deposited with the U.S. Postal Service the same day in the ordinary course of business. I caused each such envelope, with first-class postage thereon fully prepaid, to be sealed and placed in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee(s) on the date indicated.

(**B**) By Personal Service: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
900 FRONT STREET, STE. 350
SAN FRANCISCO, CA 94111
TEL (415) 438-4600
FAX (415) 438-4601

STL.Hallett / 4641

Case No. 8:18-cv-01491-DOC-JDEx

(**C**)   By Messenger Service:  I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for messenger delivery, and I caused each such envelope indicated below, to be delivered to a courier employed by First Legal Support Services with whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

(**D**)   By Federal Express:   I am readily familiar with the practice of Cox, Wootton, Lerner, Griffin & Hansen, LLP, for the collection of overnight courier deliveries, and such overnight courier deliveries would be deposited with the courier the same day in the ordinary course of business.  I caused each such envelope/package to be delivered to Federal Express Corporation, with whom we have a direct billing account, in San Francisco, California, to be delivered to the addressee(s) on the next business day.

(**E**)   By Facsimile:   I caused each such document(s) to be served via facsimile electronic equipment transmission (fax) on the party(ies) indicated below by transmitting a true copy to the following fax number(s):

(**F**)   By ECF: I electronically served the referenced documents through ECF/PACER.  E-service in this action was completed on all parties listed on the service list with ECF/PACER.  Pursuant to USDC, Central District, Local Rule 5-3.2.1, service with an electronic Notice of Electronic Filing constitutes service.

| *SERVICE* | *ADDRESSEE* | *PARTY* |
|---|---|---|
| A | Darrell Hallett<br>1024 Bayside Drive, #114<br>Newport Beach, CA  92660 | Plaintiff<br>IN PRO PER |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this October 25, 2018 at San Francisco, California.

                                          /S/ Melissa Williams
                                        Melissa Williams

Case No. 8:18-cv-01491-DOC-JDEx

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
900 FRONT STREET, STE. 350
SAN FRANCISCO, CA  94111
TEL (415) 438-4600
FAX (415) 438-4601

STL.Hallett / 4641