UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darrell Hallett<br><br>PLAINTIFF(S)<br>v.<br><br>St Liberty LLC, et al<br><br>DEFENDANT(S) | CASE NUMBER<br><br>SACV18-01491 DOC (JDEx)<br><br>NOTICE OF CLERICAL ERROR |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: Opposition to Defendants' Motion to Dismiss
Filed date: 11/7/2018   Document Number(s): 25

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document
☐ Case number has been corrected. The correct case number is _____
☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____
☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.
☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____
☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 16-05, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.
☐ Case title is corrected from _____ to _____
☐ Document has been re-numbered as document number _____
☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.
☐ Document is missing page number(s): _____
☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____
☒ Other: The attachment is missing page 4. The corrected version with all pages is attached to this Notice.


CLERK, U.S. DISTRICT COURT

Date: 11/7/2018    By: Lori Wagers
                        Deputy Clerk

DARRELL HALLETT
1024 Bayside Drive, #114
Newport Beach, CA 92660
(949)933-1132

In Pro Per

FILED
2018 NOV -7  AM 11: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY____LAW_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HALLETT<br><br>  Plaintiff,<br><br>v.<br><br>ST LIBERTY, LLC; and G. ROBERT TONEY; and ALAN SWIMMER<br><br>  Defendants. | Case No. 8:18-cv-01491-DOC-JDEx<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: November 13, 2018<br>Time: 4:00 p.m.<br>Place: Courtroom 9D |

Plaintiff DARRELL HALLETT submits the following Opposition to Defendants, ST LIBERTY, LLC, G. ROBERT TONEY, and ALAN SWIMMER'S Motion To Dismiss Plaintiff's Amended Complaint for Damages.

### INTRODUCTION

Plaintiff DARRELL HALLETT seeks recovery of damages resulting from, and relating to Defendants' Fraudulent Misrepresentation, Breach of Contract, Breach of Good Faith and Fair Dealing, and Intentional Infliction of Emotional Distress, and demands Specific Performance of the Contract dated on or about March 27, 2018 which states Plaintiff may refinance the existing boat loan by April 23, 2018, any recovery action would be suspended, and the Arrest Action would be dismissed. Defendants, in bad faith, repossessed the boat on April 21, 2018, (just 2 days prior) which was Plaintiff and his children's, Brinley and Greyson's, home. The boat surveyor

-1-

was denied access to conduct the bank appraisal for the refinance, as Defendants knew they would make more profit by repossessing the boat, charging inflated repossession and legal fees, and auctioning it off, rather than allowing Plaintiff to refinance it and pay it off early as agreed.

Defendants are predatory lenders. They charge exorbitant interest rates (19.84%) to borrowers that own boats, airplanes and RVs, knowing most do not have the ability-to-pay, and repossess the items upon default. Defendants charge inflated repossession and legal fees as part of their fraud and bad business practices. Defendant's not only own the finance company, but they also own the repossession company, and the auction company that sells the property, which due to the fraud, is a conflict of interest.

Hallett Company, LLC (Darrell Hallett as Manager) is the responsible party for the boat loan dated July 25, 2016 in the amount of $78,000 held by ST Liberty, LLC. However, on or about March 27, 2018 Defendants agreed that Plaintiff, an individual, may refinance the existing loan with Essex Credit. This contract was in the name of Plaintiff, and the Essex Credit approval letter that was supplied to Defendants was in the name of Plaintiff. Plaintiff was going to be the new owner of record.

From the day the boat was reposessed, <u>Defendant's were appointed substitute custodians, therefore no U.S. Marshall storage fees apply or accrued.</u> <u>The current NADA book value for the boat is $180,995</u> (Exibit 1) therefore Defendant's Motion for Interlocutury Sale is unnecessary since there is sufficient equity in the boat to protect Defendants' interests.

## FACTS

Defendant, ST Liberty, LLC is a lending institution organized and existing under the laws of Florida. G. Robert Toney, and Alan Swimmer, residents of Florida, are the members of ST Liberty, LLC. Plaintiff Darrell Hallett is a resident of The County of Orange County, California, and the Manager of Hallett Company, LLC, the owner of the boat "BRINLEY GREYSON", Official No. 1229074, Hull No. FGQ8E111H708, a 2008 38' Fountain Express Cruiser, with its home port designated as Newport Beach, California.

Hallett Company, LLC took a loan with Defendants on July 25, 2016 for $78,000 at 19.84% for 60 months. The loan offered a "pre-pay" option which Hallett Company, LLC

chose to exercise. Defendant's were aware the boat was Plaintiff's and his children's home, at the time the loan was taken. The marina lease was a live-aboard which the Defendant's requested prior to funding the loan.

Defendant's agreed that Plaintiff could refinance the loan in his name personally with Essex Credit. Defendants were provided with the bank approval letter, had direct communications with the Essex Credit relaying the pay-off amount and wiring instructions, and agreed they would suspend the repossession while the new loan closes and dismiss their Arrest Action once it does. Defendants breached this agreement.

Plaintiff filed a lawsuit in California Superior Court which Defendants removed to the United States District Court, Central district of California as a related case.

## ARGUMENT

Defendants contend that 1) Plaintiff is not a real party in interest in this action since the original loan was in the name of Hallett Company, LLC, Darrell Hallett as Manager. However, the contract that Plaintiff and Defendants agreed to on or about March 27, 2018 was in the name of Plaintiff as an individual. Therefore, Plaintiff is a real party in interest in this action.

Defendants contend that 2) Plaintiff's allegations are entirely without merit. However, as a result of Defendants actions, Plaintiff and his children have suffered damages, therefore Plaintiff's allegations do have merit.

Defendants contend that 3) Plaintiff failed to properly allege with the requisite factual specificity any fraud allegations. However, Plaintiff's complaint specifically states that when Defendant's made representations to Plaintiff regarding the pre-payment terms of the loan, and the refinancing of the boat, they intentionally, knowingly and fraudulently misrepresented and concealed the true facts from Plaintiff. These facts include their plans to repossess the boat and charge inflated repossession and legal fees no matter if Plaintiff wanted to pre-pay the loan early.

Defendants contend that 4) they have not breached any contract. Based on the above facts, Defendant's are in breach of the contract dated July 25, 2016 stating Plaintiff could pre-pay the loan, and contract dated on or about March 27, 2018 stating Plaintiff could refinance the loan and pay it off by April 23, 2018. Defendants breached

these contracts by repossessing the boat on April 21, 2018 at the same moment the survey/appraisal was being conducted for the bank.

Defendants contend that 5) there has been no breach of the covenant of good faith and fair dealing. However, Defendants breached the covenant of good faith and fair dealing by repossessing the boat 2 days prior to the agreed pay-off date.

Defendants contend that 6) Plaintiff's Intentional Infliction of Emotional Distress claim fails since he is not a party in interest. However, the agreement Defendant's breached relating to the boat is in Plaintiff's name individually, therefore Plaintiff is a party of interest. Defendants had numerous communications with Plaintiff, through emails, text messages, and phone calls that were clearly malicious in nature, fraudulently, and oppressively, with the wrongful intention of injuring Plaintiff, and acted with an improper and evil motive amounting to malice and in conscious disregard of Plaintiff's rights. For example Defendants sent a text message to Plaintiff immediately after they repossessed Plaintiff's boat which was his and his children's home, saying "Have a Great Day!". Also, another text stating "Looks like you're going to have to lawyer up buddy. In both cases!" This conduct was intended to cause severe emotional distress to Plaintiff and his children, without compunction, and was done in reckless disregard of the probability of causing severe emotional distress. As a result, Plaintiff and his children have lost their home and suffered severe and continuous, emotional distress, and physical and mental pain and anguish.

Defendants contend that 7) their conduct in seeking to foreclose its mortgage was not outrageous. However, Defendant's have been actively seeking to foreclose on the mortgage from day one, with continuous attempts to repossess the vessel by the repossession company Defendants own, with the intention of profiting off inflated repossession and legal fees and the sale of the vessel at auction which they operate as another business. Plaintiff has reluctantly paid Defendants over $6,000 in these inflated reposession fees so that he would not lose his home.

Defendants contend that 8) Plaintiff missed his deadline to file affirmative claims in the Arrest Action and he should not be allowed to avoid his mistake by pursuing this separate action. However, this action, although related to the Arrest Action is a separate action as Plaintiff is suing Defendants as an individual, and not on behalf of

- 4 -

Plaintiff's Opposition to Defendants' Motion to Dismiss

Hallett Company, LLC as the Manager.

## CONCLUSION

Based on the above, Plaintiff submits the Defendant's Motion to Dismiss should be denied.

Dated: November 7, 2018                    Respectfully Submitted,

By: _____
            DARRELL HALLETT



NADAguides Value Report    11/6/2018

# 2008 Fountain Powerboats 38 EXPRESS CRUISER

## Values

|  | Suggested List Price | Low Retail | Average Retail |
|---|---:|---:|---:|
| Base Price | $358,751 | $137,650 | $156,000 |
| **Options (Change)** | | | |
| Bimini Top |  | $210 | $240 |
| Bridge Enclosure |  | $1,985 | $2,255 |
| Cockpit Cover |  | $235 | $265 |
| Battery Charger - Triple 10 amp |  | $180 | $205 |
| Depth Sounder |  | $115 | $130 |
| Fish Finder - Max Depth 1000' (Color screen under 5") |  | $290 | $330 |
| Fish Finder w/GPS - Max Depth 3000' (Color screen over 5") |  | $1,155 | $1,315 |
| Radar / 48 Mile LCD w/Cartography |  | $1,540 | $1,750 |
| Radar Arch |  | $615 | $700 |
| Radio / 25 Watt VHF - Fixed Mount |  | $200 | $230 |
| DVD Player |  | $225 | $255 |
| Flat Panel T.V. 20" - 29" |  | $260 | $295 |
| Microwave Oven |  | $150 | $170 |
| Range - Electric |  | $460 | $520 |
| Refrigerator - AC/DC - 6 cu. ft. |  | $410 | $465 |
| Water Heater - 6 Gallon |  | $160 | $180 |
| Air Conditioning / Heating System - 16,000btu |  | $975 | $1,110 |
| Anchor Pole (Automatic) |  | $865 | $985 |
| Batteries - Dual w/Switch |  | $115 | $130 |
| Dual-Prop - Twin |  | $2,770 | $3,150 |
| Exhaust - Silent Choice |  | $910 | $1,035 |
| External Steering - Twin Hydraulic |  | $1,755 | $1,995 |

| | | |
|---|---:|---:|
| Fire Ext. 100 - 200 cu. ft. | $185 | $210 |
| Flooring - Snap In/Out Carpet | $180 | $205 |
| Fresh Water Cooling System | $485 | $550 |
| Fuel Injection | $520 | $590 |
| Generator / 5 KW - Gas | $2,215 | $2,515 |
| Propeller / Stainless Steel (4-Blade) | $350 | $395 |
| Swim Step w/Fold Down Ladder | $200 | $225 |
| Trim Tabs / Hydraulic | $400 | $455 |
| Vacuum Flush Head - w/Holding Tank & Pump Out | $1,080 | $1,220 |
| Windlass - Boats 31' - 45' | $810 | $920 |
| **Total Price** $358,751 | $159,655 | $180,995 |

Don't make a $156,000 mistake,
**get a Boat History Report before you buy!**

# Value Type Definitions

**Suggested List** — We have included manufacturer's suggested retail pricing (MSRP) to assist in the financing, insuring and appraising of vessels. The MSRP is the manufacturer's and/or distributor's highest suggested retail price in the U.S.A. when the unit was new. The MSRP is furnished by the manufacturer and/or distributor and are assumed to be correct. Unless indicated, the MSRP does not include destination charges, dealer set-up, state or local taxes, license tags or insurance.

**Low Retail Value** — A low retail valued boat will show excessive wear and tear either cosmetically and/or mechanically. This boat may or may not be in running order. The buyer can expect to invest in cosmetic and/or mechanical work. Low retail vessels usually are not found on a dealer's lot. **Low Retail is not a trade-in value.**

**Average Retail Value** — An average retail valued boat should be in good condition with no visible damage or defects. This boat will show moderate wear and tear and will be in sound running condition. The buyer may need to invest in either minor cosmetic or mechanical work.

Note: Vehicles/Vessels in exceptional condition can be worth a significantly higher value than the Average Retail Price shown.

© 2018 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power. © Copyright 2018 Consumer Research Solutions. All Rights Reserved.

1  DARRELL HALLETT (Full Name)
2  1024 BAYSIDE DR #114 (Address Line 1)
3  Newport Beach, CA 92660 (Address Line 2)
4  949-933-1132 (Phone Number)
5  PLAINTIFF in Pro Per
   (indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HALLETT, | Case No.: 8:18-CV-01491-DOC-JDEx |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE BY MAIL** |
| ST LIBERTY, LLC; and | |
| G. Robert Toney; and | |
| ALAN SWIMMER | |
| Defendant(s). | |

I, JEFFREY HIGH, declare as follows:
(name of person serving documents)

My address is 3110 Newport Blvd, Newport Beach, CA 92660, which is located in the county where the mailing described below took place.

1
Pro Se Clinic Form                    Proof of Service

On 11/7/18 (date of mailing), I served the document(s) described as:

(list the names of the documents you are mailing)
PLAINTIFF'S OPPOSITION TO DEFENDANTS
MOTION TO DISMISS

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Newport Beach, CA (city and state of mailing), addressed to:

MARC T. CEFALU (name)
COX, WOOTON, LERNER LLP (address)
900 FRONT ST, SUITE 350 (address)
SAN FRANCISCO, CA 94111 (address)

_____ (name)
_____ (address)
_____ (address)
_____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/7/18 (date) at Newport Beach, CA (city and state of signing).

(sign) [signature]
JEFFREY HIGHT (print name)

Pro Se Clinic Form

2
Proof of Service