FILED

DARRELL HALLETT
1024 Bayside Drive, #114
Newport Beach, CA 92660
(949)933-1132

2018 NOV 13  PM 3: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY___LAW_____

In Pro Per

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DARRELL HALLETT

          Plaintiff,

    v.

ST LIBERTY, LLC; and G. ROBERT
TONEY; and ALAN SWIMMER

          Defendants.

Case No.  8:18-cv-01491-DOC-JDEx

**PLAINTIFF'S REPLY TO
DEFENDANTS' MOTION TO
DISMISS**

Date: November 14, 2018
Time: 2:30 p.m.
Place: Courtroom 9D

    Plaintiff DARRELL HALLETT submits the following reply in support of Opposition to Defendants', ST LIBERTY, LLC, G. ROBERT TONEY, and ALAN SWIMMER'S Motion to Dismiss Plaintiff's Amended Complaint for Damages.

### REPLY

    Plaintiff DARRELL HALLETT entered into a written agreement to refinance the boat and pay it off early, with Defendants ST LIBERTY, LLC, G. ROBERT TONEY, and ALAN SWIMMER, through an email chain which began on or about March 27, 2018. (EXHIBITS)

    Defendants' Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, is nothing short of an attempt at "Misdirection", a form of deception employed by criminals for the purpose of pickpocketing.

The attached emails support Plaintiff's Opposition by clearly documenting Defendants' communications with Plaintiff, and Essex Credit (who Defendant claims he is the "prior owner"), in which Defendants agree to a boat survey, pay-off amount, pay-off date, pay-off wiring instruction and/or mailing instructions, and promise to move the Court to release the Arrest Order in satisfaction of the mortgage. Emails and text messages (EXHIBITS) further document Defendants' breach of this agreement.

Breach of Contract is just one of the Defendants' many torts against which damages have been suffered by the Plaintiff.

### CONCLUSION

Based on the above, Plaintiff submits the Defendant's Motion to Dismiss should be denied.

Dated: November 13, 2018                    Respectfully Submitted,

By: _____

DARRELL HALLETT

Plaintiff's Reply to Defendants' Motion to Dismiss

ESSEX
CREDIT

Date: 04/04/2018   App ID: XX5437

Dear Darrell Hallett,

We have reviewed your boat application for credit, and are pleased to inform you that the credit request has been approved.

Please read carefully the terms and conditions upon which this request was approved:

Make: **FOUNTAIN POWERBOATS**   Model: **38 EXPRESS CRUISER - 38 STERN 425 HP**   Year: **2008**

APR: **5.47%**   Approved Term: **240 months**   Approved Loan Amount: **$90,000.00**
Estimated Monthly Payment: **$616.77**

To start your loan closing process, we require the information as listed below. Please fax the information (using this letter as a cover sheet) to **1-888-233-2875** and then notify me via email to expect your fax. We will contact you if additional documentation or information is required.

● REFI RV: PAYOFF CURRENT LENDER (Re: Mortgagee: St Liberty llc) TD BANK
● Signed In or Out of Water Survey by Accredited Surveyor
● APPLICANT TO PROVIDE A PERMANENT PHYSICAL RESIDENCE ADDRESS AND CONTACT # FOR FILE RECORD (can be nearest relative/ friend)
● Proof of Insurance will be needed prior to Funding
● Clear and legible copy of Driver License for all Borrowers
● Copy of current year registration
● Copy of Ownership Documentation - Coast Guard/State Registration
● Information on the Permanent Location Where Vessel will be kept

 Personal Hotspot: 1 Connection





Fountain Bob Tony

iMessage
Sat, Apr 21, 10:20 AM

The Surveyor was here and the Sheriff wouldn't let him in. The banks already approved the loan.

Sun, Apr 22, 5:01 PM

I don't know why you did that. You were getting funded this week.

Delivered

  

      



Allan Swimmer/Boat Loan

iMessage
Sun, Apr 22, 5:01 PM

I don't know why you did that. You were getting funded this week.

Mon, Apr 23, 5:57 AM

Darrell:
Please direct all correspondence to our attorney, Marc Cefalu. I believe you've already been provided his contact information.
Have a great day.

Mon, Apr 23, 1:08 PM

Such a waste of everyone's

  

      

Personal Hotspot: 1 Connection



Allan Swimmer/Boat Loan

Such a waste of everyone's time.

Mon, Apr 23, 5:56 PM

Did u tell the bank it's been seized?

Of course not.

Ok good. I heard u told My wife's bankruptcy attorney

Delivered

Text Message
Mon, Aug 20, 8:44 PM

Looks like your going to have to lawyer up buddy. In both cases!

Please note address change

1560 Sawgrass Corporate Parkway, Suite 452 Fort Lauderdale. Florida

US

33323-2855

Office/Direct: +1 (954) 990.1060

Mobile +1 (954) 647-7194

Facsimile:  +1 (954) 602.0783

E-mail: grtoney@natliq.com

National Liquidators and National Maritime Services are widely known as the global leaders in the recovery, seizure, arrest, remarketing and custody of both marine vessels and aircraft. Affiliated companies, MariTech Services, BlueWater Marine Transport, WatchStander and Maritime Capital Group, are represented to assist with transportation, maintenance, finance and security for vessels. Additional information is available on all the companies through https://urldefense.proofpoint.com/v2/url?u=http-3A__www.tch-2Dllc.com&d=DwICaQ& c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=PDZYeWREjAlcU2UJmonoLDOes5e5E- 9UxQ6Bud3iJNI&m=VQxXCwlwqByi6h1qAJ9aBqF-1dlzeLvlTzfZlvFsY1o& s=pf3IkoaF3PjNNIXVOVuFwTYZFQ-hXP_Z__EynzBxu6g&e=.

The information contained in this transmission may contain confidential data intended for our clients of the entity named herein.  If you receive this transmission in error and are not the intended recipient, you are hereby notified that any dissemination, copying or retention of this information is strictly prohibited.  If you have received this transmission in error, please notify the sender by electronic reply or by telephone and delete any record.  Do not retain a copy.

-----Original Message-----

From: darrell@frozen7.com [mailto:darrell@frozen7.com]

Sent: Tuesday, March 27, 2018 5:18 AM

To: Bob Toney (External Contact) <grtoney@natmars.com>

-----Original Message-----
From: darrell@frozen7.com [mailto:darrell@frozen7.com]
Sent: Tuesday, March 27, 2018 5:18 AM
To: Bob Toney (External Contact) <grtoney@natmars.com>
Subject:

Bob,
I've submitted a loan application to a bank to refinance the boat.
They are requesting a copy of the latest bank billing statement to verify the loan
holder and the balance owed.
I told them it was TD Bank since that is who the loan was assigned to.
Some banks won't refinance a private loan, or LLC.
Are you able to send me something with TD Bank on it?
Best, Darrell

**Subject:** Re: Boat Loan
**From:** darrell@frozen7.com
**Date:** 3/27/18, 12:26 PM
**To:** G Robert Toney <GRToney@natliq.com>
**CC:** "Alan Swimmer (External Contact)" <aswimmer@natmars.com>

Bob,
By law I am entitled to pay off the outstanding balance at any time before the boat goes
to Sheriffs auction.
This is a formal demand for a final statement showing the legal lender and final payoff
for the bank.
The next contact will be from my attorney if you do not comply with my demand.
Best, Darrell Hallett

**Subject:** FORMAL PAY-OFF DEMAND
**From:** darrell@frozen7.com
**Date:** 3/27/18, 12:38 PM
**To:** G Robert Toney <GRToney@natliq.com>
**CC:** "Alan Swimmer (External Contact)" <aswimmer@natmars.com>

My attorney will file the lawsuit when necessary.
In the meantime, if you comply with my demand for a formal payoff statement, the bank I am working with will pay you off within 10 days.
If you decline, it will support my claim that you are committing intentional fraud.


On 3/27/18 12:27 PM, G Robert Toney wrote:
> Are declining the offer?
>
> If so, have your attorney contact me.
>
> This email will serve as formal waiver his need to go through my counsel.
>
> G. Robert Toney
>
> Please note address change
> 1560 Sawgrass Corporate Parkway, Suite 452
> Fort Lauderdale. Florida US 33323-2855
> Office/Direct: +1 (954) 990.1060
> Mobile +1 (954) 647-7194
> Facsimile:   +1 (954) 602.0783
> E-mail: grtoney@natliq.com
>
>
> National Liquidators and National Maritime Services are widely known as the global leaders in the recovery, seizure, arrest, remarketing and custody of both marine vessels and aircraft.  Affiliated companies, MariTech Services, BlueWater Marine Transport, WatchStander and Maritime Capital Group, are represented to assist with transportation, maintenance, finance and security for vessels. Additional information is available on all the companies through www.tch-llc.com.
>
> The information contained in this transmission may contain confidential data intended for our clients of the entity named herein.  If you receive this transmission in error and are not the intended recipient, you are hereby notified that any dissemination, copying or retention of this information is strictly prohibited.  If you have received this transmission in error, please notify the sender by electronic reply or by telephone and delete any record.  Do not retain a copy.
>
>
> -----Original Message-----
> From: darrell@frozen7.com [mailto:darrell@frozen7.com]
> Sent: Tuesday, March 27, 2018 3:26 PM
> To: G Robert Toney <GRToney@natliq.com>
> Cc: Alan Swimmer (External Contact) <aswimmer@natmars.com>
> Subject: Re: Boat Loan
>
> Bob,

**Subject:** Re: Boat Loan
**From:** darrell@frozen7.com
**Date:** 3/27/18, 12:26 PM
**To:** G Robert Toney <GRToney@natliq.com>
**CC:** "Alan Swimmer (External Contact)" <aswimmer@natmars.com>

Bob,

By law I am entitled to pay off the outstanding balance at any time before the boat goes to Sheriffs auction.
This is a formal demand for a final statement showing the legal lender and final payoff for the bank.
The next contact will be from my attorney if you do not comply with my demand.
Best, Darrell Hallett


On 3/27/18 6:12 AM, G Robert Toney wrote:

Mr Hallett,

We are no longer responding to your demands to produce documents when you continue to ignore our requests.

You are in payment default, there is no insurance on the boat and you are in violation of a federal court order.

We will pay you $10,000.00 to turn over possession of the collateral.  This offer is good until Thursday, March 31, 2018.

The transfer will be to our attorney's escrow account and be released to your designated account upon the collateral being surrendered to our agent.

Please advise.

G. Robert Toney

Please note address change
1560 Sawgrass Corporate Parkway, Suite 452
Fort Lauderdale. Florida US 33323-2855
Office/Direct: +1 (954) 990.1060
Mobile +1 (954) 647-7194
Facsimile:   +1 (954) 602.0783
E-mail: grtoney@natliq.com


National Liquidators and National Maritime Services are widely known as the global leaders in the recovery, seizure, arrest, remarketing and custody of both marine vessels and aircraft.  Affiliated companies, MariTech Services, BlueWater Marine Transport, WatchStander and Maritime Capital Group, are represented to assist with transportation, maintenance, finance and security for vessels. Additional information is available on all the companies through www.tch-llc.com.

The information contained in this transmission may contain confidential data intended for our clients of the entity named herein.  If you receive this transmission in error

**Subject:** Re: FORMAL PAY-OFF DEMAND
**From:** darrell@frozen7.com
**Date:** 3/27/18, 12:56 PM
**To:** G Robert Toney <GRToney@natliq.com>
**CC:** "Alan Swimmer (External Contact)" <aswimmer@natmars.com>

This is business for, but personal for me. The boat is my children's and my home.
The payoff must be a formal statement on letterhead, my information, the boats
information, an account number, etc. Do not include any negative wordage like "late
fees".
Include TD Bank as the assignee as the documents state.
Use my mailing address as: 1024 Bayside Dr, #114, Newport Beach, CA 92660
An email will not suffice.

On 3/27/18 12:43 PM, G Robert Toney wrote:

> Mr. Hallett,
>
> You are making this more difficult and contentious than is necessary.  Please don't
> waste my time with idle threats.
>
> I will get you a payoff, but it will be from ST Liberty, who is your lender and is a
> real company.  You may have your financial institution contact me directly and I will
> easily explain how the payoff can work and they will protect their interests.
>
> I will calculate and forward in a few moments
>
> G. Robert Toney
>
> Please note address change
> 1560 Sawgrass Corporate Parkway, Suite 452
> Fort Lauderdale. Florida US 33323-2855
> Office/Direct: +1 (954) 990.1060
> Mobile +1 (954) 647-7194
> Facsimile:   +1 (954) 602.0783
> E-mail: grtoney@natliq.com
>
>
> National Liquidators and National Maritime Services are widely known as the global
> leaders in the recovery, seizure, arrest, remarketing and custody of both marine
> vessels and aircraft.  Affiliated companies, MariTech Services, BlueWater Marine
> Transport, WatchStander and Maritime Capital Group, are represented to assist with
> transportation, maintenance, finance and security for vessels. Additional information
> is available on all the companies through www.tch-llc.com.
>
> The information contained in this transmission may contain confidential data intended
> for our clients of the entity named herein.  If you receive this transmission in error
> and are not the intended recipient, you are hereby notified that any dissemination,
> copying or retention of this information is strictly prohibited.  If you have received
> this transmission in error, please notify the sender by electronic reply or by
> telephone and delete any record.  Do not retain a copy.
>
>
> -----Original Message-----

**Subject:** Re: FORMAL PAY-OFF DEMAND
**From:** darrell@frozen7.com
**Date:** 3/27/18, 12:56 PM
**To:** G Robert Toney <GRToney@natliq.com>
**CC:** "Alan Swimmer (External Contact)" <aswimmer@natmars.com>

This is business for, but personal for me. The boat is my children's and my home.
The payoff must be a formal statement on letterhead, my information, the boats
information, an account number, etc. Do not include any negative wordage like "late
fees".
Include TD Bank as the assignee as the documents state.
Use my mailing address as: 1024 Bayside Dr, #114, Newport Beach, CA 92660
An email will not suffice.

On 3/27/18 12:43 PM, G Robert Toney wrote:
> Mr. Hallett,
>
> You are making this more difficult and contentious than is necessary.  Please don't
> waste my time with idle threats.
>
> I will get you a payoff, but it will be from ST Liberty, who is your lender and is a
> real company.  You may have your financial institution contact me directly and I will
> easily explain how the payoff can work and they will protect their interests.
>
> I will calculate and forward in a few moments
>
> G. Robert Toney
>
> Please note address change
> 1560 Sawgrass Corporate Parkway, Suite 452
> Fort Lauderdale. Florida US 33323-2855
> Office/Direct: +1 (954) 990.1060
> Mobile +1 (954) 647-7194
> Facsimile:   +1 (954) 602.0783
> E-mail: grtoney@natliq.com
>
>
> National Liquidators and National Maritime Services are widely known as the global
> leaders in the recovery, seizure, arrest, remarketing and custody of both marine
> vessels and aircraft. Affiliated companies, MariTech Services, BlueWater Marine
> Transport, WatchStander and Maritime Capital Group, are represented to assist with
> transportation, maintenance, finance and security for vessels. Additional information
> is available on all the companies through www.tch-llc.com.
>
> The information contained in this transmission may contain confidential data intended
> for our clients of the entity named herein.  If you receive this transmission in error
> and are not the intended recipient, you are hereby notified that any dissemination,
> copying or retention of this information is strictly prohibited.  If you have received
> this transmission in error, please notify the sender by electronic reply or by
> telephone and delete any record.  Do not retain a copy.
>
>
> -----Original Message-----

**From:** darrell@frozen7.com
**Date:** 3/28/18, 4:29 PM
**To:** "Bob Toney (External Contact)" <grtoney@natmars.com>

Bob,
Alan is uncooperative.
I need a payoff balance that does not have any negative information attached to it.
Please provide that for me today to complete my refi.
Best, Darrell

**Subject:** Re: REVISED PAYOFF
**From:** darrell@frozen7.com
**Date:** 4/3/18, 2:11 PM
**To:** Alan Swimmer <aswimmer@natmars.com>
**CC:** "G. Robert Toney - Natliq" <grtoney@natliq.com>, Marc Cefalu - "Cox," "Wootton," Griffin Hansen & "Poulos," LLP "(MCefalu@CWLFIRM.com)" <MCefalu@CWLFIRM.com>

OK, send the TOTAL DUE ONLY to the bank please.

On 4/3/18 2:05 PM, Alan Swimmer wrote:

ST LIBERTY LLC
Payoff quote
Darrel Hallett
As of 4/6/18

| Description | Amount |
|---|---|
| Principal | 67,928.59 |
| Interest | 6,276.60 |
| Late charges (4 months past due) | 40.00 |
| Prepayment penalty | 2,037.86 |
| Attorneys fees due to arrest warrant | 3,679.50 |
| Investigation fees – skip trace | 1,650.00 |
| TOTAL DUE | 81,612.55 |

Prior quote did not include prepayment penalty.

Alan Swimmer, Principal
National Maritime Services, Inc.
ST Liberty, LLC
ASwimmer@NatMars.com
+1 203 988-4184

**From:** Alan Swimmer
**Sent:** Wednesday, March 28, 2018 1:05 PM
**To:** darrell@frozen7.com
**Cc:** G. Robert Toney - Natliq <grtoney@natliq.com>; Marc Cefalu - Cox, Wootton, Griffin Hansen & Poulos, LLP (MCefalu@CWLFIRM.com) <MCefalu@CWLFIRM.com>
**Subject:** RE: FORMAL PAY-OFF DEMAND as requested

ST LIBERTY LLC
Payoff quote
Darrel Hallett
As of 3/28/18

| Description | Amount |
|---|---|
| Principal | 67,928.59 |
| Interest | 5,858.03 |

Eric J Hanserd | RV & Marine Loan Consultant I Essex Credit Division | NMLS 565690
2527 Camino Ramon , San Ramon,Ca 94583
Phone: 925-843-3147 |TTY/TDD: 1-800-659-5495 I Fax: 402-918-6595
ehanserd@essexcredit.com **Mail Code:**NC-B07-3C-H

**From:** Alan Swimmer [mailto:aswimmer@natmars.com]
**Sent:** Wednesday, April 04, 2018 12:38 PM
**To:** Hanserd, Eric <Eric.Hanserd@bankofthewest.com>
**Cc:** darrell@frozen7.com
**Subject:** RE: Darrell Hallett loan payoff

LOAN STATEMENT
ST LIBERTY LLC, a private lender

Darrell Hallett has requested we send the payoff amount on the loan secured by a 2008 Fountain 38', Official
Number 1229074, Hull ID FGQ8E111H708.
We hold the ship mortgage secured by this vessel.  Through April 6, 2018, the payoff amount is $81,612.55.

Wire instructions are attached hereto.

By way of reference, I should be well-known to some of Bank of the West's team, as I am the prior owner of
Essex Credit Corporation.

Alan Swimmer, Principal
ST Liberty, LLC
ASwimmer@NatMars.com
+1 203 988-4184

**From:** Hanserd, Eric [mailto:Eric.Hanserd@bankofthewest.com]
**Sent:** Tuesday, April 3, 2018 5:57 PM
**To:** Alan Swimmer <aswimmer@natmars.com>
**Subject:** RE: Darrell Hallett loan payoff

Hi Alan,

Can you provide a loan statement verifying the HIN # and collateral .  The instructions provided  do not show
this . Is this private financing?

Eric J Hanserd | RV & Marine Loan Consultant I Essex Credit Division | NMLS 565690
2527 Camino Ramon , San Ramon,Ca 94583
Phone: 925-843-3147 |TTY/TDD: 1-800-659-5495 I Fax: 402-918-6595
ehanserd@essexcredit.com **Mail Code:**NC-B07-3C-H

**From:** Alan Swimmer [mailto:aswimmer@natmars.com]
**Sent:** Tuesday, April 03, 2018 2:12 PM

**To:** Hanserd, Eric <Eric.Hanserd@bankofthewest.com>
**Cc:** Darrell Hallett <darrell@frozen7.com>
**Subject:** Re: Darrell Hallett loan payoff

Eric

Payment by cashier check is acceptable. Kindly indicate the anticipated timing, as the payoff is only calculated through April 6th.

Best regards,

Alan Swimmer
National Maritime Services Inc
ST Liberty LLC
+1 203 988-4184
ASwimmer@NatMars.com

From handheld device
Please excuse all typos

On Apr 4, 2018, at 5:46 PM, Hanserd, Eric <Eric.Hanserd@bankofthewest.com> wrote:

Hi Alan,


We are not able to wire funds to a private lender . In this case we would send  a cashiers check payable to ST LIBERTY LLC by federal express once we can fund the loan.

Eric J Hanserd | RV & Marine Loan Consultant I Essex Credit Division | NMLS 565690
2527 Camino Ramon , San Ramon,Ca 94583
Phone: 925-843-3147 |TTY/TDD: 1-800-659-5495 I Fax: 402-918-6595
ehanserd@essexcredit.com Mail Code:NC-B07-3C-H


**From:** Alan Swimmer [mailto:aswimmer@natmars.com]
**Sent:** Wednesday, April 04, 2018 12:38 PM
**To:** Hanserd, Eric <Eric.Hanserd@bankofthewest.com>
**Cc:** darrell@frozen7.com
**Subject:** RE: Darrell Hallett loan payoff

LOAN STATEMENT
ST LIBERTY LLC, a private lender

Darrell Hallett has requested we send the payoff amount on the loan secured by a 2008 Fountain 38', Official Number 1229074, Hull ID FGQ8E111H708.
We hold the ship mortgage secured by this vessel.  Through April 6, 2018, the payoff amount is $81,612.55.

Wire instructions are attached hereto.

By way of reference, I should be well-known to some of Bank of the West's team, as I am the prior owner of Essex Credit Corporation.

Alan Swimmer, Principal
ST Liberty, LLC
ASwimmer@NatMars.com
+1 203 988-4184

**From:** Hanserd, Eric [mailto:Eric.Hanserd@bankofthewest.com]
**Sent:** Tuesday, April 3, 2018 5:57 PM
**To:** Alan Swimmer <aswimmer@natmars.com>
**Subject:** RE: Darrell Hallett loan payoff

Hi Alan,

Can you provide a loan statement verifying the HIN # and collateral . The instructions provided  do not show this . Is this private financing?

Eric J Hanserd | RV & Marine Loan Consultant I Essex Credit Division | NMLS 565690
2527 Camino Ramon , San Ramon,Ca 94583
Phone: 925-843-3147 |TTY/TDD: 1-800-659-5495 I Fax: 402-918-6595
ehanserd@essexcredit.com Mail Code:NC-B07-3C-H

**From:** Alan Swimmer [mailto:aswimmer@natmars.com]
**Sent:** Tuesday, April 03, 2018 2:12 PM
**To:** Hanserd, Eric <Eric.Hanserd@bankofthewest.com>
**Cc:** darrell@frozen7.com
**Subject:** Darrell Hallett loan payoff

Darrell Hallett had requested we send the payoff amount on the loan secured by his 2008 Fountain.
We hold the ship mortgage secured by the vessel.
Through April 6, 2018, that amount is $81,612.55.

Wire instructions are attached hereto.

Alan Swimmer, Principal
ST Liberty, LLC
ASwimmer@NatMars.com
+1 203 988-4184

---

**IMPORTANT NOTICE: This message is intended only for the addressee and may contain confidential, privileged information. If you are not the intended recipient, you may not use, copy or disclose any information contained in the message. If you have received this message in error, please notify the sender by reply e-mail and delete the message.**

---

11/10/18, 1:37 PM

+1 203 988-4184

**From:** Hanserd, Eric [mailto:Eric.Hanserd@bankofthewest.com]
**Sent:** Wednesday, April 4, 2018 7:40 PM
**To:** Alan Swimmer <aswimmer@natmars.com>
**Cc:** 'INFO@HALLETTCOMPANY.COM' <INFO@HALLETTCOMPANY.COM>
**Subject:** RE: Darrell Hallett loan payoff

Alan,

Our process to have everything completed and funding in place is right at 7 to 10 business days from the point we have the items listed on Mr. Hallet's approval. At this point we would not be able to have funding in place by the 6th. I would suggest that we get a re-calculated payoff out to Aril 23rd . We generally require a 10 to 15 day payoff from the date we can get loan documents out to the customer. This payoff date can very because of the items required to move forward one of which is an in or out of water marine condition and valuation survey. The above date may change again depending on how quickly Mr. Hallet can get the marine survey completed and over to us.

Eric J Hanserd | RV & Marine Loan Consultant I Essex Credit Division | NMLS 565690
2527 Camino Ramon , San Ramon,Ca 94583
Phone: 925-843-3147 |TTY/TDD: 1-800-659-5495 I Fax: 402-918-6595
ehanserd@essexcredit.com Mail Code:NC-B07-3C-H


**From:** Alan Swimmer [mailto:aswimmer@natmars.com]
**Sent:** Wednesday, April 04, 2018 3:27 PM
**To:** Hanserd, Eric <Eric.Hanserd@bankofthewest.com>
**Cc:** Darrell Hallett <darrell@frozen7.com>
**Subject:** Re: Darrell Hallett loan payoff

Eric

Payment by cashier check is acceptable. Kindly indicate the anticipated timing, as the payoff is only calculated through April 6th.

Best regards,

Alan Swimmer
National Maritime Services Inc
ST Liberty LLC
+1 203 988-4184
ASwimmer@NatMars.com

From handheld device
Please excuse all typos

On Apr 4, 2018, at 5:46 PM, Hanserd, Eric <Eric.Hanserd@bankofthewest.com> wrote:

Hi Alan,

**Subject:** Re: Darrell Hallett loan payoff
**From:** darrell@frozen7.com
**Date:** 4/5/18, 3:39 PM
**To:** Alan Swimmer <aswimmer@natmars.com>
**CC:** "G. Robert Toney" <grtoney@natmars.com>

I sent them the survey from 7/16 to see if that will be acceptable.

On 4/5/18 3:27 PM, Alan Swimmer wrote:

> If the loan pays off in full, we will move the court to release the arrest order.
>
> We will also issue a satisfaction of mortgage.
>
> Please provide a copy of the approval letter and indicate timing for survey, as described below.
>
> Alan Swimmer
> National Maritime Services Inc
> ST Liberty LLC
> +1 203 988-4184
> ASwimmer@NatMars.com
>
> From handheld device
> Please excuse all typos
>
> On Apr 5, 2018, at 6:17 PM, "darrell@frozen7.com" <darrell@frozen7.com> wrote:
>
> Alan,
> Please explain the legalities of how the payoff relates to the arrest, and release of the loan and any other obligations.
> Thank you, Darrell
>
> On 4/5/18 7:26 AM, Alan Swimmer wrote:
>
>> LOAN STATEMENT
>> ST LIBERTY LLC, a private lender
>>
>> Darrell Hallett has requested we send the payoff amount on the loan secured by a 2008 Fountain 38', Official Number 1229074, Hull ID FGQ8E111H708.
>> We hold the ship mortgage secured by this vessel. Through April 23, 2018, the payoff amount is $82,403.18.
>>
>> Alan Swimmer, Principal
>> ST Liberty, LLC
>> ASwimmer@NatMars.com
>> +1 203 988-4184
>> **From:** Hanserd, Eric [mailto:Eric.Hanserd@bankofthewest.com]
>> **Sent:** Wednesday, April 4, 2018 7:40 PM

**From:** darrell@frozen7.com
**Date:** 4/21/18, 1:46 PM
**To:** "Bob Toney (External Contact)" <grtoney@natmars.com>, Alan Swimmer
<aswimmer@seizureandcustody.com>

Bob and Alan,
The boat surveyor showed up this morning to survey the boat and the sheriff would not
allow him to.
It's the same guy that did it before, so he will have it back right away.
The bank is ready to fund the payoff. They just need this survey.
Can you allow him access to the boat this weekend to complete the survey so the bank can
fund you?
Please advise.
Thank you, Darrell Hallett

**Subject:** Re:
**From:** darrell@frozen7.com
**Date:** 4/21/18, 5:28 PM
**To:** "Bob Toney (External Contact)" <grtoney@natmars.com>, Alan Swimmer <aswimmer@seizureandcustody.com>

The surveyor's name is John Kipper.
His number is 949-705-7377
Call him. He will confirm that he showed up today to do the survey and the US Marshall restricted access.

On 4/21/18 1:46 PM, darrell@frozen7.com wrote:

> Bob and Alan,
> The boat surveyor showed up this morning to survey the boat and the sheriff would not allow him to.
> It's the same guy that did it before, so he will have it back right away.
> The bank is ready to fund the payoff. They just need this survey.
> Can you allow him access to the boat this weekend to complete the survey so the bank can fund you?
> Please advise.
> Thank you, Darrell Hallett

**From:** darrell@frozen7.com
**Date:** 4/21/18, 2:40 PM
**To:** Marc Cefalu - "Cox," "Wootton," Griffin Hansen & "Poulos," LLP "(MCefalu@CWLFIRM.com)"
<MCefalu@CWLFIRM.com>
**CC:** "Bob Toney (External Contact)" <grtoney@natmars.com>, Alan Swimmer
<aswimmer@seizureandcustody.com>

Marc,
I wanted to discuss settlement on the boat.
My bank gave me a commitment letter contingent on a survey.
The survey company showed up today to complete the survey, and the US Marshall would not
let him access.
Bob was aware that I was refinancing the boat to pay him off. He would have been funded
next week.
The court is not going to look kindly on your client if he refuses settlement in full,
just to rack up fees.
Please let me know your intentions.
Best, Darrell Hallett

**Subject:** Re: Darrell Hallett loan payoff
**From:** darrell@frozen7.com
**Date:** 6/28/18, 2:08 PM
**To:** Alan Swimmer <aswimmer@natmars.com>, "Bob Toney (External Contact)"
<grtoney@natmars.com>
**CC:** "'INFO@HALLETTCOMPANY.COM'" <INFO@HALLETTCOMPANY.COM>

Can you clarify how the payoff went from $82,403.18 through April 23, 2018 but now the is $111,445.58 when
the boat was seized on April 21, 2018?
You already included attorneys and investigation fees, which shouldn't have gone up. (see below)

Darrell Hallett has requested we send the payoff amount on the loan secured by a 2008 Fountain 38', Official
Number 1229074, Hull ID FGQ8E111H708.
We hold the ship mortgage secured by this vessel.  Through April 23, 2018, the payoff amount is $82,403.18.

| Description | Amount |
|---|---|
| Principal | 67,928.59 |
| Interest | 6,276.60 |
| Late charges (4 months past due) | 40.00 |
| Prepayment penalty | 2,037.86 |
| Attorneys fees due to arrest warrant | 3,679.50 |
| Investigation fees – skip trace | 1,650.00 |
| TOTAL DUE | 81,612.55 |

Presently owed:

| Principal | 67,928.59 |
|---|---|
| Interest through today | 9,997.23 |
| CWL charges | 11,697.86 |
| Investigation/PI | 14,843.45 |
| US Marshal deposit | 5,000.00 |
| Prepayment penalty | 1,978.45 |
| PAYOFF | 111,445.58 |

On 4/5/18 7:26 AM, Alan Swimmer wrote:

LOAN STATEMENT
ST LIBERTY LLC, a private lender

Darrell Hallett has requested we send the payoff amount on the loan secured by a 2008 Fountain 38', Official
Number 1229074, Hull ID FGQ8E111H708.
We hold the ship mortgage secured by this vessel.  Through April 23, 2018, the payoff amount is $82,403.18.

Alan Swimmer, Principal
ST Liberty, LLC
ASwimmer@NatMars.com

1

2   DARRELL HALLETT _____ (Full Name)

3   1024 BAYSIDE DR#114 (Address Line 1)

    Newport Beach, CA 92660 (Address Line 2)

4   949-933-1132 _____ (Phone Number)

5   PLAINTIFF _____ in Pro Per

6   (indicate Plaintiff or Defendant)

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   DARRELL HALLETT _____,  )   Case No.: 8:18-CV-01491-DOC-
                                )                    JDEX
13              Plaintiff,      )
                                )   **PROOF OF SERVICE BY MAIL**
14       vs.                    )
                                )
15   ST LIBERTY, LLC; and       )
                                )
16   G. Robert Toney; and       )
                                )
17   ALAN SWIMMER _____        )
                                )
18   _____     )
                                )
19   _____,    )
                                )
20              Defendant(s).   )
                                )
21   _____    )

22

23   I, _JEFFREY High___, declare as follows:
            (name of person serving documents)

24   My address is 3110 Newport Blvd.

25   Newport Beach, CA 92660 _____, which is located in the

26   county where the mailing described below took place.

27

28

On _11/13/18_, I served the document(s) described as:
(date of mailing)

PLAINTIFF'S REPLY to DEFENDANTS'
(list the names of the documents you are mailing)

MOTION to DISMISS

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _NEWPORT BEACH, CA_,
(city and state of mailing)

addressed to:

_MARC T-GEFAW_ (name)          _____ (name)

_COX WOOTTON LEANARD_ (address)          _____ (address)

_900 FRONT St, Suite 350_ (address)          _____ (address)

_SAN FRANCISCO, CA 94111_ (address)          _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11/13/18_ at _NEWPORT Beach, CA_
(date)                        (city and state of signing)

(sign) _____

_JEFFREY HIGH_
(print name)

Pro Se Clinic Form                    Proof of Service