UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No. SA CV 18-1491-DOC (JDEx)     Date: December 10, 2018

Title: DARRELL HALLETT V. ST LIBERTY, LLC ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE**

On November 19, 2018, the Court issued an Order Granting Defendants St Liberty, LLC, Alan Swimmer, and G. Robert Toney's Motion to Dismiss Case (Dkt. 34). Plaintiff Darrell Hallett's Second Amended Complaint, if desired, was due on or before December 3, 2018. Plaintiff has not filed a Second Amended Complaint or responded to the Order in any fashion.

Accordingly, pursuant to Local Rule 7-12, the Court ORDERS that this case be DISMISSED WITHOUT PREJUDICE,

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk: djl